## IN THE UNITED STATES DISTRICT COURT FOR THE

## FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES | **UNDER SEAL** |
| v. | Case Number: 1:25-mj-63 |
| PABLO RICARDO VALLEJO | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Michael Gruchacz, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent of the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI") and am currently assigned to the Counter Proliferations Investigations Group. I have 24 years of law enforcement experience. I have knowledge of the laws and regulations relating to the illegal exportation of weapons, technology, and other controlled commodities, as well as the federal criminal statutes that regulate and, in certain instances, prohibit the export of U.S. controlled commodities, including weapons, weapons systems, services, military equipment and technology. I am empowered by law to investigate and make arrests for violations of federal law, including 18 U.S.C. § 554 (smuggling goods from the United States), 18 U.S.C. § 371 (conspiracy), 13 U.S.C. § 305 (Knowingly fails to file or submits a false shipper export declaration) and 18 U.S.C. § 922(e) (Delivery of Ammunition without Notice to a Common Carrier), and 18 U.S.C. § 1546(b) possession and use of false identification document.

2. As a Special Agent with HSI, I am familiar with the federal laws relating to the unlawful smuggling of items from the U.S. I am also familiar with the interpretation and application of

related laws and have previously assisted in the execution of numerous federal search and arrest warrants.  As a Special Agent with HSI, I have received considerable training related to identifying the techniques, methods, and procedures employed by groups, organizations, companies, corporations, and individuals who violate U.S. laws.

3.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended to show there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.  This affidavit is made in support of a criminal complaint for violations of 18 U.S.C. § 554 (smuggling goods from the United States), 18 U.S.C. § 371 (conspiracy), 13 U.S.C. § 305 (Knowingly fails to file or submits a false shipper export declaration) and 18 U.S.C. § 922(e) (Delivery of Ammunition without Notice to a Common Carrier), 18 U.S.C. § 1546(b) possession and use of false identification document. Because this affidavit is being submitted for these limited purposes, I have not set forth all the information known to me concerning this investigation. Instead, I have set forth information that I believe to be sufficient to establish probable cause for this criminal complaint and arrest warrant.

**RELEVANT STATUTES**

5.  *Penalties for unlawful export information activities*, 13 U.S.C. § 305 states that, "[a]ny person who knowingly fails to file or knowingly submits false or misleading export information through the Shippers Export Declaration (SED) (or any successor document) or the Automated Export System (AES) shall be subject to a fine not to exceed $10,000 per violation or imprisonment for not more than 5 years, or both.

2

6.  *Conspiracy*. Title 18, United States Code, Section 371 provides, in relevant part, that if two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, then each shall be guilty of a federal offense.

7.  *Smuggling goods from the United States*. Title 18, United States Code, Section 554 provides Whoever fraudulently or knowingly exports or sends from the United States, or attempts to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, shall be guilty of a federal offense.

8.  *Delivery of Firearms without Notice to a Common Carrier.* Title 18, United States Code, Section 922(e) provides, It shall be unlawful for any person knowingly to deliver or cause to be delivered to any common or contract carrier for transportation or shipment in interstate or foreign commerce, to persons other than licensed importers, licensed manufacturers, licensed dealers, or licensed collectors, any package or other container in which there is any firearm or ammunition without written notice to the carrier that such firearm or ammunition is being transported or shipped; except that any passenger who owns or legally possesses a firearm or ammunition being transported aboard any common or contract carrier for movement with the passenger in interstate or foreign commerce may deliver said firearm or ammunition into the custody of the pilot, captain, conductor or operator of such common or contract carrier for the

duration of the trip without violating any of the provisions of this chapter. No common or contract carrier shall require or cause any label, tag, or other written notice to be placed on the outside of any package, luggage, or other container that such package, luggage, or other container contains a firearm.

9. 18 U.S.C. § 1546(b) Whoever uses an identification document, knowing (or having reason to know) that the document was not issued lawfully for the use of the possessor, an identification document knowing (or having reason to know) that the document was not issued lawfully for the use of the possessor, **(2)** an identification document knowing (or having reason to know) that the document is false, or **(3)** a false attestation, for the purpose of satisfying a requirement of section 274A(b) of the Immigration and Nationality Act, shall be fined under this title, imprisoned not more than 5 years, or both.

## JURISDICTION

10. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). This is a continuing criminal offense as the target purchased the weapons from this district and maintained communications with the shipper before and after the transfer of the box to be exported from this district.

## DEFINITIONS

11. For the purpose of this Affidavit, the following terms are defined:

> a) CUSTOMS DECLARATION or SHIPPERS EXPORT DECLARATION – A hard copy or electronic form on which is "declared" or listed, the details of any goods that

are being imported or exported to/from the United States, whether by means of commercial shipments or in-person.  Mailing goods into or out of the United States also requires the sending party to complete a customs declaration form.

b) FIREARM – The term "firearm" means (A) any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; (B) the frame or receiver of any such weapon; (C) any firearm muffler or firearm silencer; or (D) any destructive device (Title 18, United States Code, Section 921(a)(3)).

c) SMUGGLING – Fraudulently or knowingly importing or bringing into the United States, any merchandise contrary to law, or receiving, concealing, buying, selling, or in any manner facilitating the transportation, concealment, or sale of such merchandise after importation, knowing the same to have been imported or brought into the United States contrary to law (Title 18, United States Code, Section 545).

d) MERCHANDISE and GOODS – Interchangeable terms both describing anything that can be imported or exported from the United States.

e) EXTENDED BORDER SEARCH – This is an extension of a customs officer's authority to conduct warrantless searches of people, cargo, and means of transport, including mail, for unlawfully imported or exported goods at the borders of the United States.  The extension pertains to searches away from the border where there is reasonable certainty a border was crossed, reasonable certainty that no change in the object of the search has occurred from the time a border was crossed and the time of the search, and reasonable suspicion criminal activity is occurring.

## SUBJECT

12. Pablo VALLEJO is a naturalized United States Citizen, originally an immigrant of Argentina. He became a naturalized citizen on June 1, 2021. VALLEJO is the owner/operator of Empire Constructions, LLC. VALLEJO is the lease holder at 2708 Arington Dr. #103, Alexandria VA, 22306. (hereafter referred to as TARGET RESIDENCE). VALLEJO owns two vehicles registered to him that have been seen numerous times in front of the TARGET RESIDENCE and those vehicles have been captured by license plate readers from Fairfax County Police vehicles and commercial tow vehicles. VALLEJO's operator licenses and vehicles list 7XX7 Essex Ave, Springfield, VA 22150, however, I believe that this address is another family members and VALLEJO uses it as his mailing address. I have not observed VALLEJO at this location. VALLEJO is believed to be in a relationship with Berta Dilia GALVEZ FLOREZ, who is also on the lease at the TARGET RESIDENCE. VALLEJO does not have a license to export firearms to Honduras or any other country according to the U.S. Departments of State and Commerce. A license is required to export pistols, rifles and ammunition to Honduras.

## STATEMENT OF FACTS AND PROBABLE CAUSE

13. On August 26, 2004, Fairfax County Police were dispatched to 7351 Lockport Lane, Lorton, VA because the owners of RODRIGUEZ EXPORT, wanted to report that they had found firearms and firearm magazines contained within a box that an individual wanted to export to Honduras. RODRIGUEZ EXPORT is a company that receives boxes of household effects from customers in the D.C., Maryland and Virginia area who want to send goods to friends and family in Honduras. Once RODRIGUEZ EXPORT receives enough boxes from customers to fill a shipping container, the container is sent to HONDURAS for offload. 7351 Lockport

6

Lane, Lorton, VA is located within the jurisdiction of the Eastern District of Virginia.

14. The business owners stated that they received phone calls from 571-982-9197 (According to Verizon Wireless, this number is subscribed to by Berta D GALVEZ) and 240-899-0286 (According to Verizon Wireless, this number is subscribed to by Pablo VALLEJO).  The customer texted and asked them to go to 4720 Alabama Ave to pick up a box to be exported to Honduras (The text message is shown in Attachment C).  The business owners did not recognize the number as a repeat customer.  The business owners stated that the customer was driving a newer model black GMC Denali (A dash cam screen shot taken from the business owner is shown in Attachment C).  VALLEJO had the counterfeit green card inside of this vehicle.  According to the business owners, it is common business practice to request identification from new customers.

15. When the business owners met with the customer, he was hesitant to provide any identification, however ultimately produced a Legal Permanent Resident (LPR) card with the name Marcelo Javier SILVA, born on June 25, 1982, and A# 096321834 (shown in Attachment C).

16. The business owners were hesitant because the photo on the card did not look exactly like the customer standing in front of them, however, they accepted the box after the customer paid $210 in cash.  They provided a receipt to the customer and drove the parcel back to their business address at 7351 Lockport Lane, Lorton, VA.  On the receipt, the customer declared that an alternator, clothes and shoes were inside.  The recipient of the box in Honduras was listed as Wilmer RAMIREZ, phone number 94631255. (Attachment C)

17. Since the business owners were suspicious about the contents of the box, they decided to open it and look for contraband.  The business owners stated that they are ultimately responsible for

what contents are in the boxes.

18. Upon inspection, four firearms and five magazines were discovered concealed inside of a fan. The items were concealed in a manner to avoid detection prior to exportation.  VALLEJO knew that once he gave the box to RODRIGUEZ EXPORT, that would be the last point of contact that he would have with the parcel prior to export.   One Glock 19, bearing serial number ADRG071, one Glock 34, bearing serial number YLK952, one Beretta M9, bearing serial number 179953 and one AR-15 rifle, bearing serial number MSG03457 were taken by Fairfax County Police pending further investigation. The owners of the company stated that VALLEJO never provided notice that firearms were inside.  See Attachment C.

19. SA Gruchacz confirmed that the LPR card was in fact false.  A#096321834 returns to a female citizen of Grenada.  Your affiant confirmed that none of the firearms were reported stolen. Your affiant identified through open-source information that 240-899-0286 belongs to an individual named Pablo Ricardo VALLEJO.  SA Gruchacz discovered a potential Facebook page for VALLEJO (https://www.facebook.com/xeneize122327) where a photo of a newer model GMC Denali was posted.  Your affiant confirmed through the Virginia DMV that VALLEJO has a Black GMC Denali bearing VA registration ZENEIXE. (Attachment C)

20. On October 11, 2024, an owner of the export company received a phone call from VALLEJO at approximately 1:25 P.M., asking about the status of the box that was given to him by VALLEJO to be exported.  The owner stated that he asked VALLEJO to send the receipt to him that was given to him at the time of payment because that is how they track the packages. According to the owner, VALLEJO then sent a photo of the receipt that he received on August 27, 2024, from RODRIGUEZ EXPORTS, which contained the false name Javier Marcelo

Silva.  The photo was sent from 240-899-0286, the phone number subscribed to by VALLEJO.
(Attachment C)

21. On or about November 7, 2024, law enforcement officers spoke with the leasing office at the apartment building located at 2708 Arlington Dr, and learned that VALLEJO is the main lease holder in Apartment 103 in building 2708 Arlington Dr.  VALLEJO listed his email address as XENEIXE1232@HOTMAIL.COM and phone number 240-899-0286 as his contact information.  (Attachment C) VALLEJO also listed his emergency contact as GALVEZ with a phone number of  703-940-4671.

22. 703-940-4671 is subscribed to by VALLEJO under the name of his construction company EMPIRE CONSTRUCTIONS LLC.  A review of toll records associated with this phone shows that it was in contact with RODRIGEZ EXPORTS in March of 2024.

23. Your affiant spoke with the business owner, who stated that 703-940-4671 is a repeat customer by the name of "Dilia" (the middle name for GALVEZ) and they have shipped boxes on her behalf, most recently in March 2024.  The business owner provided your affiant with a receipt from March 10, 2024, as proof of a shipment.  The name on the receipt is identified as Javier FLORES and the phone number is 703-940-4671.

24. The business owner provided your affiant with a screen shot of the contact stored in his iPhone.  The contact photo shows VALLEJO in the driver seat of a vehicle.  The business owner also provided a photo of the door that he went in to pick up the package in March 2024.  This photo is a match to the TARGET RESIDENCE. The photo is consistent with leasing records indicating that GALVEZ and VALLEJO reside in Apartment 103 at 2708 Arlington Dr, Alexandria, VA 22306.

25. Your affiant received information from eBay, Inc identifying active accounts associated to VALLEJO.  An account with user ID xenei274 lists Pablo VALLEJO as the subscriber.  The address listed is 7007 Essex Ave, Springfield, VA 22150.  The phone number listed is 240-899-0286.  A PNC Bank account number ending in 5767 was also identified.

26. Toll records revealed that phone number 240-899-0286 is subscribed to Pablo VALLEJO at 7007 Essex Ave, Springfield, VA 22150.  According to Verizon, the phone number is registered to a business named Empire Constructions Corp.  Toll records indicate that between August 23 and August 26, 2024, this phone number was used to call RODRIGUEZ EXPORTS in Lorton, VA.

27. According to information obtained from PNC Bank, the credit card listed above ending in 5767 is linked to PNC Bank account number ending in 7326.  This account is held by Empire Constructions Corp.  The listed address and contact name and number are Pablo VALLEJO 7007 Essex Ave, Springfield, VA 22150, 240-899-0286.

28. I have seen VALLEJO driving two vehicles, a black GMC Denali bearing VA registration ZENEIXE.  This is the vehicle used top deliver the box containing firearms to Rodriguez Exports.  He also drives a white Ford pickup truck bearing VA registration TNP4937.  I know from my training and experience that people using false ID documents and trafficking in firearms often keep documents and receipts inside of their vehicles.

## RECENT FIREARM PART PURCHASES

29. A firearm purchase check through the Virginia State Police indicate that VALLEJO has purchased at least five firearms in the past twelve months.

30. On September 25, 2024, your affiant reviewed ATF Form 4473s (Firearms Transaction Record) for firearms that VALLEJO purchased between February 2024 and June 2024. Based on a review of these records, your affiant discovered VALLEJO purchased the following firearms in 2024.

31. On February 23, 2024, VALLEJO purchased a CZ 75 9mm pistol, bearing serial number A364972 from Vienna Gun and Gold, located at 386 Maple Ave East, Suite 200, Vienna VA, 22180. According to this ATF Form 4473, VALLEJO listed his place of birth as Argentina, and his address as 7007 Essex Ave, Springfield, VA 22150.

32. On March 30, 2024, VALLEJO purchased a Glock 17 9mm pistol, bearing serial number AGLT764 from Battlefield Firearms, located 5483 Germana Hwy, Locust Grove, VA, 22508. According to this ATF Form 4473, VALLEJO listed his place of birth as Argentina, and his address as 7007 Essex Ave, Springfield, VA 22150.

33. On May 7, 2024, VALLEJO purchased a Taurus 9mm pistol, bearing serial number AEH565631 from Robb Weapons LLC, located at 5720 Thomas Edison Ct, Alexandria, VA, 22310. On this ATF Form 4473, VALLEJO listed his place of birth as Argentina, and his address as 7007 Essex Ave, Springfield, VA 22150.

34. On June 22, 2024, VALLEJO purchased a Colt Python 357 revolver, bearing serial number PYZ69409 from All Shooters Tactical, located at 3310 Noble Pond Way, Suite 108, Woodbridge, VA 22193. On this ATF Form 4473, VALLEJO listed his place of birth as Argentina, and his address as 7007 Essex Ave, Springfield, VA 22150.

## CONCLUSION

35. Based on the following, I believe that there is probable cause for a criminal complaint and arrest warrant for Pablo VALLEJO charging him with a violation of 18 U.S.C. § 554 (smuggling goods from the United States), 18 U.S.C. § 371 (conspiracy), 13 U.S.C. § 305 (Knowingly fails to file or submits a false shipper export declaration) and 18 U.S.C. § 922(e) (Delivery of Ammunition without Notice to a Common Carrier), 18 U.S.C. § 1546(b) possession and use of false identification document.

MICHAEL T GRUCHACZ

Digitally signed by MICHAEL T GRUCHACZ
Date: 2025.02.20 08:26:11 -05'00'

Special Agent Michael Gruchacz
Homeland Security Investigations
U.S. Department of Homeland Security

Respectfully submitted and attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone before me on February 21, 2025.

Digitally signed by Ivan Davis
Date: 2025.02.21 11:55:52 -05'00'

HON. IVAN D. DAVIS
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT C**



















